UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22018-CIV-UNGARO

IN RE: WEST CARRIBEAN CREW
MEMBERS
_____/

### ORDER DENYING PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS MK AVIATION U.S.A., INC. AND MK LEASING LTD. WITH AMENDED CONSOLIDATED COMPLAINT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Enlargement of Time to Serve Defendants MK Aviation U.S.A., Inc, and MK Leasing U.S.A. Ltd., With Amended Consolidated Complaint. (D.E. 31.) The Court has considered the motion is otherwise fully informed in the premises. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Plaintiffs' motion is DENIED as moot.

DONE AND ORDERED in Chambers at Miami Florida, this 24th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of Record