IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22018 CIV-UNGARO

IN RE: WEST CARIBBEAN CREW
MEMBERS
_____/

### ORDER DENYING DEFENDANTS' JOINT MOTION FOR LIMITED RELIEF OR EXTENSION FROM THE CASE MANAGEMENT REPORTING DEADLINES

THIS CAUSE is before the Court on Defendants' Joint Motion for Limited Relief or Extension from the Case Management Reporting Deadline Requirements. (D.E. 29.) The Court has considered the motion, and being otherwise fully informed in the premises, it is hereby,

ORDERED AND ADJUDGED, that Defendants' motion is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida this _30th_ day of September 30, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record